UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | 2:24-cv-08713-MEMF-ASx | Date | March 5, 2025 |
|---|---|---|---|
| Title | Alexander Garcia v. ABM General Services, Inc., et al. | Page | 1 of 1 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Damon Berry | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Eric Tims (video) | Alexander Miller Chemers (video) |
| | Omar Mohammed Aniff (video) |

**Proceedings: PLAINTIFF'S MOTION TO REMAND CASE [16] – ZOOM HEARING**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.